19 A.3d 983

IN THE MATTER OF KEITH T. SMITH, AN ATTORNEY
AT LAW (ATTORNEY NO. 024721989).

June 7, 2011.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 10–361 and DRB 10–383, concluding that **KEITH T. SMITH** of **EGG HARBOR TOWNSHIP,** who was admitted to the bar of this State in 1989, should be censured for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.1(b) (pattern of neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to communicate with the client), *RPC* 3.2 (failure to expedite litigation), *RPC* 5.5(a) (practicing law while ineligible), and *RPC* 8.1(b) (failure to cooperate with ethics authorities), and good cause appearing;

It is ORDERED that **KEITH T. SMITH** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.

WITNESS, the Honorable Stuart Rabner, Chief Justice, at Trenton, this 3rd day of June, 2011.